In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00079-CV**
_____

**MELVIN WALKER, Appellant**

**V.**

**GEORGE STEVE HEBERT, ET AL, Appellees**

**On Appeal from the 75th District Court**
**Liberty County, Texas**
**Trial Cause No. CV1813720**

## MEMORANDUM OPINION

Relying on Rule 91a of the Texas Rules of Civil Procedure, the trial court granted George Steve Hebert's motion to dismiss the lawsuit filed by Melvin Walker. *See* Tex. R. Civ. P. 91a. The trial court signed the order dismissing the suit on February 6, 2020, and Walker filed a notice of appeal. Subsequently, Walker failed to file a brief to support his appeal.

Thereafter, on November 9, 2020, the Clerk notified the parties that Walker's brief was past due, and she warned that if Walker failed to file a brief and a motion

1

seeking to extend the time the Court would allow him to file a brief, the Court would submit his appeal to the Court on the record without a brief. The Clerk also notified the parties that submitting the case without briefs could result in the Court's dismissing the appeal for want of prosecution.

On December 8, 2020, the Clerk notified the parties that the Court was submitting his appeal on the record without briefs as of December 29, 2020. The Clerk has notified Walker that his appeal could be dismissed for want of prosecution based on his failure to file a motion for extension and brief.

We conclude that Walker failed to comply with the Court's instructions and has not prosecuted his appeal. Accordingly, we dismiss Walker's appeal for want of prosecution. *See* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

PER CURIAM

Submitted on December 29, 2020
Opinion Delivered December 30, 2020

Before Kreger, Horton, and Johnson, JJ.

2